Case 3:05-cv-01946-M   Document 23   Filed 02/20/07   Page 1 of 1

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 20 2007

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAUL TRUJILLO JUAREZ | ) | |
| | ) | |
| V. | ) | 3-05-CV-1946-M |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 20 day of February, 2007.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE